IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA            PLAINTIFF/RESPONDENT

V.            No. 5:11-CR-50115-002 and
5:11-CV-5051

PARKER KENT            DEFENDANT/PETITIONER

**O R D E R**

Comes on for consideration the Report and Recommendation (Doc. 109) filed in this case on May 5, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. Defendant filed his Notice of Intent to Decline to File Objections to the Report and Recommendation and Request for Transfer to the Bureau of Prisons (Doc. 110) on May 9, 2014.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion to Vacate (Doc. 75) and Defendant's Motion to Reduce Sentence (Doc. 89) are **DENIED**.

IT IS SO ORDERED this 23rd day of May, 2014.

/s/ Timothy L. Brooks
Timothy L. Brooks
United States District Judge