# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

V.     CASE NO. 5:11-CR-50115-002

PARKER KENT     DEFENDANT

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 146) of Magistrate Judge Erin L. Wiedemann, filed on September 11, 2018. The time to object has now passed, and no objections were filed.

The Court has reviewed the Report and Recommendation and finds it to be proper. Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 146) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion for "Credit for Time Held in U.S. Marshall's Custody" (Doc. 144) is **DENIED**.

**IT IS SO ORDERED** on this 1st day of October, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE